# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2979
LT Case No. 16-2012-CF-012393-A

———————————————

LOUIS DANIEL VEREEN, Jr.

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Louis Vereen, Jr., Lowell, pro se.

James Uthmeier, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

August 13, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, BOATWRIGHT, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____